THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR14-0233-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBBY WAYNE MEISER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The evidentiary hearing set for Friday, October 12, 2018 at 9:00 A.M. is hereby STRICKEN and RESCHEDULED for Tuesday, October 16, 2018 at 9:00 A.M.

DATED this 11th day of October 2018.

    William M. McCool
    Clerk of Court

    s/Tomas Hernandez
    Deputy Clerk

MINUTE ORDER
CR14-0233-JCC
PAGE - 1